**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE MEDTRONIC, INC.
SPRINT FIDELIS LEADS PRODUCTS
LIABILITY LITIGATION

This documents relates to:
**Behm, et al. v. Medtronic, Inc. et al.**
**09-cv-02580**

MDL NO. 08-1905 (RHK/JSM)

**AMENDED ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO WITHDRAW**

---

Plaintiffs' Lead Counsel previously filed a Motion to Withdraw in this action, seeking the withdrawal of retained counsel for Plaintiffs William Behm, Perry Hathaway, Alberto Laguer, Leonard Martonick, James Miller and Curtis Olvey. The Court granted that Motion and ordered that Williams Kherkher Hart Boundas was no longer counsel of record for Plaintiffs in this action. (See Doc. No. 12.)

The Court has subsequently discovered that Plaintiffs' Lead Counsel's Motion did not list all of the co-counsel identified for Plaintiffs in the docket. As a result, the Court's Order did not expressly discharge Williams Kherkher Hart Boundas' co-counsel, as was intended by Plaintiffs' Lead Counsel's Motion and by the Court.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the Court's May 20, 2011 Order (Doc. No. 12) is **AMENDED** to clarify that *all* counsel of record are discharged from representing Plaintiffs William Behm, Perry Hathaway, Alberto Laguer, Leonard Martonick, James Miller and Curtis Olvey in this action.

Dated: July 6, 2011

s/ Richard H. Kyle
RICHARD H. KYLE
United States District Judge